IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GUY MATTHEWS | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 05-6239 |
| | : | |
| DAVID GUGLIELMO, et al. | : | |
| | : | |

**ORDER**

And now this 24th day of April, 2007, upon careful and independent consideration of the petition for a writ of habeas corpus, after review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa, and because Petitioner has not complied with this Court's Order (Document Number 17) it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The petition for a writ of *habeas corpus* is DENIED with prejudice;

3. There is no probable cause to issue a certificate of appealability; and,

4. The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez     J.